GUY BUSSELL v. DEWALT PRODUCTS CORP.

January 22, 1986.

Petition for certification granted.   (See 204 *N.J.Super.* 288)

ETHEL WAITE v. JOHN DOE.

January 22, 1986.

Petition for certification denied.   (See 204 *N.J.Super.* 632)

J.I. KISLAK REALTY CORP. v. SANDSEID REALTY COMPANY AND LEONARD SANDBERG.

January 22, 1986.

Petition for certification denied.

CLAIRE A. TATICK v. VINCENT J. TATICK.

January 22, 1986.

Petition for certification denied.